IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| INTERNAL REVENUE SERVICE, ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> JINA LINDSAY CEGELIS, ) <br> ) <br> Appellee. ) | Case No. 5:20-cv-389-D |
| IN RE JINA LINDSAY CEGELIS ) <br> ) <br> Debtor. ) <br> ) | Case No. 19-bk-00254-5-DMW |

**CONSENT ORDER GRANTING CONSENT MOTION
RESOLVING DISPUTE AND DISMISSING APPEAL**

Counsel for the government and the debtor have moved this Court to enter this consent order dismissing this appeal and ordering that the bankruptcy court reclassify the Internal Revenue Service's claim for the shared responsibility payment as follows:

| | |
|---|---|
| Priority treatment: | $387.00 |
| General unsecured treatment: | $387.00 |

Accordingly, it is hereby ORDERED that the appeal in this case is DISMISSED. It is further ORDERED that the United States Bankruptcy Court for the Eastern District of North Carolina shall ensure that the portion of the Internal Revenue Service's claim related to the shared responsibility payment is treated as reflected above.

SO ORDERED.

Date:  8/25/20

_____
The Honorable James C. Dever, III
United States District Judge

Seen and agreed:

/s/ Kyle L. Bishop
KYLE L. BISHOP
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-616-1878
Email: kyle.l.bishop@usdoj.gov
DC Bar #999007

/s/ Travis Sasser
Travis Sasser
SASSER LAW FIRM
2000 Regency Parkway, Suite 230
Cary, N.C. 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com
State Bar No. 26707